UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 21-23836-CIV-MARTINEZ-BECERRA

MILTON BERNARD,

    Plaintiff,

v.

THE CHECK CASHING STORE and
MIAMI GARDENS POLICE
DEPARTMENT,

    Defendants.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

    THE MATTER was referred to the Honorable Jacqueline Becerra, United States Magistrate Judge, for a Report and Recommendation on all dispositive matters. (ECF No. 4.) On April 7, 2022, Magistrate Judge Becerra filed a Report and Recommendation recommending that the Complaint, (ECF No. 1), be DISMISSED without prejudice and Plaintiff's Motion for Leave to Proceed *in forma pauperis*, (ECF No. 3), be DENIED AS MOOT. (ECF No. 5.) This Court has reviewed the entire file and record and notes that no objections have been filed, and the time to so object has passed. After careful consideration, it is:

    ADJUDGED that United States Magistrate Judge Becerra's Report and Recommendation, (ECF No. 5), is AFFIRMED and ADOPTED in its entirety. Accordingly, it is ADJUDGED that:

1. The Complaint, (ECF No. 1), is DISMISSED without prejudice.

2. Plaintiff's Motion for Leave to Proceed *in forma pauperis*, (ECF No. 3), is DENIED as MOOT.

3. This case is CLOSED, and the Clerk is DIRECTED to DENY all pending motions as MOOT.

    DONE AND ORDERED in Chambers at Miami, Florida, this 16th day of May, 2022.

                                                                  _____
                                                                   JOSE E. MARTINEZ
                                                                   UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All Counsel of Record
Milton Bernard, *pro se*